IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BORDER STATES INDUSTRIES, INC., and YOU WANG,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and UR M. JADDOU, Director, United States Citizenship and Immigration Services;<br><br>Defendants. | 4:24CV3022<br><br>**ORDER** |

The parties' joint stipulation, Filing No. 21, is adopted.

Accordingly,

IT IS ORDERED:

1) On or before July 12, 2024, Defendants shall file the Administrative Record under restricted access.

2) On or before July 15, 2024, Defendants shall file an answer or otherwise respond to the Complaint.

3) This case will be resolved by cross-motions for summary judgment. The motion and briefing schedule will be as follows:

   a. Plaintiff shall file their motion for summary judgment and supporting brief on or before July 10, 2024.

   b. Defendants shall file their motion for summary judgment and supporting brief and any opposition to Plaintiffs' motion for summary judgment on or before July 31, 2024.

   c. Plaintiffs shall file their opposition to Defendants' motion for summary judgment and reply in support of their motion for summary judgment on or before August 7, 2024.

   d. Defendants shall file their reply in support of their motion for summary judgment on or before August 14, 2024.

Dated this 9th day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge